## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 5:23-CV-00116-DOC-SPx                          Date:  December 19, 2023

Title: MARIA WILEY V. AMERISOURCEBERGEN DRUG CORP. ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

|  |  |
|---|---|
| Karlen Dubon | Not Present |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE REGARDING AMOUNT IN CONTROVERSY**

On January 23, 2023, Defendant AmerisourceBergen Corp. removed this case from state court. *See* Notice of Removal ("Notice") (Dkt. 1). At the time of removal, this case was a putative class action, so the Notice explained why this Court had jurisdiction under the Class Action Fairness Act. *See id.* at 4-14. Since then, the putative class claims have been dismissed, meaning the case is now proceeding on an individual basis. Order (Dkt. 24) at 2.

Defendant is **ORDERED TO SHOW CAUSE**, in writing not to exceed 6 pages, why the amount in controversy is satisfied now that this case is an individual, rather than a representative, action. Such briefing is due by the end of the day on **January 4, 2024**. Plaintiff may simultaneously file a brief, not to exceed 6 pages, regarding the amount in controversy by the same date.

The Clerk shall serve this minute order on the parties.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.                                                    Date: December 19, 2023

                                                                        Page 2

MINUTES FORM 11                                    Initials of Deputy Clerk: kdu

CIVIL-GEN